Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−32084−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Richard Griffin | Lois Thelma Griffin |
| 15 Bell Avenue | 15 Bell Avenue |
| Fords, NJ 08863 | Fords, NJ 08863 |

Social Security No.:
   xxx−xx−7069                             xxx−xx−9722

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 22, 2019                  Kathryn C. Ferguson
                                            Judge, United States Bankruptcy Court